PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY DYLAN MORRIS,<br><br>Defendant. | CASE NO. 1:05-MJ-00298 DLB<br><br>MOTION AND ORDER TO DISMISS COMPLAINT AND RECALL WARRANT |

The United States Attorney's Office, hereby moves to dismiss the Complaint and recall the Warrant, against JAY DYLAN MORRIS, in the interest of justice.

Dated: December 28, 2016
PHILLIP A. TALBERT
United States Attorney

By: /s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the Complaint and Warrant against JAY DYLAN MORRIS, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: December 29, 2016

SENIOR DISTRICT JUDGE

cc: certified copy of order hand-delivered to USM, Fresno, on 12/30/16